UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
Andy Lopez  
Deborah Lopez  

Debtor(s)

BK No.: 19-21197

Chapter: 13

Honorable Pamela S. Hollis

Joliet

**Order to Alter or Amend Judgment**

Upon proper notice and a hearing, the court now orders that the order of compensation dated October 4, 2019 and entered October 7, 2019 as document number 27 is now altered or amended to reflect compensation received upfront as $640 and net compensation to be $3360. David C. Nelson, Attorney for Joint Debtors, Andy and Deborah Lopez in Bankruptcy Case No. 2019B21197 is ordered to refund $134.11 in overpayment of debtors' attorney fees awarded in this case directly to Glenn B. Stearns Chapter 13 Trustee.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: November 22, 2019

**Prepared by:**

David C. Nelson, Esq.; NLO Nelson Law Office; 53 West Jackson Boulevard; Suite 430; Chicago, Illinois 60604.
Telephone: 312-212-1977